```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff        )<br>                              )<br>      vs.                     )<br>                              )<br>ROY MENTZER;                  )<br>ROY MENTZER, Administrator of )<br>  the Estate of Laverne Mentzer; )<br>ROY MENTZER, Trustee of       )<br>  Groff Run Valley Trust;     )<br>    and                       )<br>JOHN MICHAEL CRIM, Trustee of )<br>  Allied Enterprises          )<br>                              )<br>          Defendants          ) | Civil Action<br>No. 09-cv-2065 |

O R D E R

NOW, this 22nd day of March, 2012, upon consideration of the following documents:

1. Motion to Vacate Default Judgment ("Motion to Vacate Default"),[1] which motion was filed pro se by defendant John Michael Crim, Trustee of Allied Enterprises, on August 26, 2011 (Document 58);

2. Defendant Allied Enterprises' Response to Amended Complaint for Federal Taxes, which response was filed by defendant John Michael Crim on August 26, 2011 (Document 59); and

3. United States' Response to Crim's Motion to Set Aside Default, which response was filed September 12, 2011(Document 60);

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Motion to Vacate Default is denied.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge

---

[1] See footnote 1 of the accompanying Opinion.