```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,          )
                                   )   Civil Action
            Plaintiff              )   No. 09-cv-2065
                                   )
       vs.                         )
                                   )
ROY MENTZER;                       )
ROY MENTZER, Administrator of      )
   the Estate of Laverne Mentzer;  )
ROY MENTZER, Trustee of            )
   Groff Run Valley Trust;         )
       and                         )
JOHN MICHAEL CRIM, Trustee of      )
   Allied Enterprises              )
                                   )
            Defendants             )

O R D E R

NOW, this 22nd day of March, 2012, upon consideration of the following documents:

1. Motion to Vacate Default Judgment ("Motion to Vacate Default"),[1] which motion was filed pro se by defendant John Michael Crim, Trustee of Allied Enterprises, on August 26, 2011 (Document 58);

2. Defendant Allied Enterprises' Response to Amended Complaint for Federal Taxes, which response was filed by defendant John Michael Crim on August 26, 2011 (Document 59); and

3. United States' Response to Crim's Motion to Set Aside Default, which response was filed September 12, 2011(Document 60);

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Motion to Vacate Default is denied.

BY THE COURT:


                                    /s/ James Knoll Gardner
                                    James Knoll Gardner
                                    United States District Judge

---

[1] See footnote 1 of the accompanying Opinion.